IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 2:18-cr-130 |
| | : | |
| PAUL L. MEISNER, II | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court on the Defendant's Motion to Continue Sentencing. Counsel for Defendant has indicated to this Court that there are matters that still need to be resolved before the parties can be ready for sentencing. Counsel for Defendant further indicates that the United States does not oppose this request.

Therefore, for good cause shown, this Motion is **GRANTED**. This Court hereby continues the sentencing date in this matter, previously scheduled for July 19, 2019. The parties will receive notice of the new sentencing date forthwith.

**IT IS SO ORDERED.**

s/Algenon L. Marbley
ALGENON L. MARBLEY
United States District Judge

**Dated: July 12, 2019**